J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiffs
Burberry Limited and Burberry Limited

Barry J. Reagan (SBN 156095)
Michael H. Brody (SBN 238757)
Slaughter & Reagan, LLP
625 E. Santa Clara Street, Suite 101
Ventura, California 93001
Telephone:   (805) 658-7800
Facsimile:    (805) 644-2131

Attorney for all Defendants

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Burberry Limited (a United Kingdom corporation) and Burberry Limited (a New York corporation),<br><br>                Plaintiffs,<br><br>     vs.<br><br>K-1, Inc. d/b/a K1 Fashion a/k/a K One Fashion a/k/a K 1 Fashions a/k/a K1 Fashionwear a/k/a Reckless / K. Fashion a/k/a K1 Men's Fashions, et al.<br><br>                Defendants. | Case No. CV13-4836 FMO (FFMx)<br><br>PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE |

The Court, having read and considered the Joint Stipulation for Entry of Permanent Injunction and Dismissal with Prejudice that has been executed on behalf of Plaintiffs Burberry Limited (a United Kingdom corporation) and Burberry Limited (a New York corporation) (collectively "Burberry"), on the one hand, and Defendants K-1, Inc., Bijan Zarrabi, Tirdad Ariavand, individually, and dba US Pulse, and ZMZ

Trading, Inc. (collectively "Defendants"), on the other hand, and good cause appearing therefore, hereby:

ORDERS that this Permanent Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 17 U.S.C. § 501, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made against Defendants.

2) Burberry is the owner of all rights in and to the trademark registrations listed in Exhibit "A," attached hereto and incorporated herein by this reference (the "Burberry Trademarks").

3) Burberry has expended considerable resources in the creation and commercial exploitation of the Burberry Trademarks on merchandise and in the enforcement of its intellectual property rights in the Burberry Trademarks.

4) Burberry has alleged that Defendants have made unauthorized uses of the Burberry Trademarks or substantially similar likenesses or colorable imitations thereof.

5) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

    a) Infringing the Burberry Trademarks, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product which features any of the Burberry Trademarks ("Unauthorized Products"), and, specifically:

        i) Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized

          products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the Burberry Trademarks;

ii) Importing, manufacturing, distributing, advertising, selling, offering for sale, renting or offering to rent in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Burberry Trademarks;

iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Burberry, are sponsored, approved or licensed by Burberry, or are affiliated with Burberry; or

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Burberry.

6) Each side shall bear its own fees and costs of suit.

7) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

8) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

10)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction and the parties' Settlement Agreement.

11)     The above-captioned action, shall, upon motion by Burberry, be reopened should Defendants default under the terms of this Injunction or their Settlement Agreement with Burberry.

Dated:  May 5, 2014

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge

Presented By:

J. Andrew Coombs, A Prof. Corp.

By: _____/s/_____
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Plaintiffs Burberry Limited
(a United Kingdom corporation) and
Burberry Limited (a New York corporation)

Slaughter & Reagan, LLP

By: _____/s/_____
     Barry J. Reagan
     Michael H. Brody
Attorney for Defendants
 K-1, Inc., Bijan Zarrabi,Tirdad Arivand,
individually and dba US Pulse, and ZMZ  Trading, Inc.

# EXHIBIT A

## A Select* Listing of Burberry's Trademarks

| Registered Mark | U.S. Registration Nos. |
|---|---|
| The BURBERRY work mark:<br><br>BURBERRY | 259,571<br>260,843<br>510,077<br>1,133,122<br>1,607,316<br>1,828,277<br>2,624,684<br>2,629,931<br>2,875,336<br>3,879,249 |
| The BURBERRY CHECK trademark: | 1,241,222<br>1,855,154<br>2,022,789<br>2,015,462<br>2,689,921<br>2,845,852<br>3,529,814 |
| The BURBERRY CHECK (no color designation) trademark: | 2,612,272<br>2,732,617<br>2,728,709 |

Burberry Limited, et al. v. K-1, Inc., et al.: Permanent Injunction and Dismissal with Prejudice

- 5 -

| The EQUESTRIAN KNIGHT DEVICE trademark: | |
|---|---|
| (equestrian knight device image) | 862,816<br>863,179<br>1,622,186<br>2,952,399<br>2,512,119<br>3,766,097 |

*Burberry Limited has its trademarks registered in all major markets, not necessarily included in the chart above.